In the Matter of the Accounting of FREDERICK H. OSBORN, as Successor Trustee under the Will of GRACE BIGELOW, Deceased, Respondent. EVELYN C. EMMET et al., Respondents-Appellants; RHODE ISLAND HOSPITAL TRUST COMPANY, as Executor of EVELYN B. CLARK, Deceased, Appellant; PAUL D. O'BRIEN, as Executor of FRANCIS POULTNEY CLARK, Deceased, et al., Respondents.

Argued October 12, 1955; decided November 23, 1955.

*Leslie D. Dawson* and *Sidney W. Davidson* for appellant.

*Winthrop S. Emmet* for Evelyn C. Emmet and another, respondents-appellants.

*John Drew* for Paul D. O'Brien, respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.